CHARLOTTE B. LAWLOR, Respondent, *v.* CHARLES A. BUCKLIN, Appellant.

*Lawlor* v. *Bucklin*, 98 App. Div. 623, affirmed.
(Argued April 12, 1905; decided May 2, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1904, which affirmed an order of Special Term directing the defendant as judgment debtor to pay over a certain sum to the sheriff of the county of New York.

*Joab H. Banton* for appellant.

*Lemuel Skidmore* and *K. J. Lawlor* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.